**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. JOSEPH C. JONES,<br><br>            Plaintiff,<br><br>v.<br><br>1. TOUR 18 AT ROSE CREEK, LP<br><br>            Defendant. | Case No. CIV-15-984-M |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff JOSEPH C. JONES and Defendant TOUR 18 AT ROSE CREEK, LP, through the undersigned counsel, agree and stipulate that Plaintiff's claims against Defendant in the above captioned case is hereby **DISMISSED with PREJUDICE**, each party bearing its own costs.

**RESPECTFULLY SUBMITTED THIS 25TH DAY OF JANUARY, 2016.**

s/ Mark Hammons
Mark Hammons, OBA No. 3784
HAMMONS, GOWENS, HURST & ASSOC
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: mark@hammonslaw.com

-and-

JTB LAW GROUP, LLC
155 2nd St., Suite 4
Jersey City, NJ 07302
Telephone: (877) 561-0000
Facsimile: (855) 582-5297

*Attorneys for Plaintiff*

s/ Gary Chilton
*(Signed by filing party with permission)*
Gary Chilton
HOLLADAY & CHILTON, PLLC
204 N. Robinson, Suite 1550
Oklahoma City, OK 73102
Telephone: (405) 236-2343
Facsimile: (405) 236-2349
Email: gchilton@holladaychilton.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on January 25, 2016, the foregoing was electronically filed and served on all parties with access to the Court's electronic filing system.

                 s/ Mark Hammons